# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 7, 2016

## NO.  03-16-00605-CR

**Phillip Beaty, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 299TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court.  Appellant has filed a motion to dismiss the appeal.  Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.